# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

157176

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

JAMES LEE,
   Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157176
COA: 334308
Wayne CC: 16-001002-FC

On January 23, 2019, the Court heard oral argument on the application for leave to appeal the December 14, 2017 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019
_____

_____
Clerk

t0702